James H. Berry, Jr. (State Bar No. 075834)
Kevin R. Lussier (State Bar No. 143821)
Esperanza V. Cervantes (State Bar No. 197953)
BERRY & PERKINS
A Professional Corporation
2049 Century Park East, Suite 950
Los Angeles, California 90067-3134
Telephone:   (310) 557-8989
Facsimile:    (310) 788-0080

Attorneys for Defendant
THE PEPSI BOTTLING GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA JANE MOODY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE PEPSI BOTTLING GROUP, a Corporation; and DOES 1 through 100, INCLUSIVE,<br><br>Defendants. | Case No. 06 CV 1512 BTM (WMCx)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DISCOVERY CUT-OFF**<br><br>Discovery Cut-Off: April 2, 2007<br>Pre-trial Conf.: August 14, 2007 |

Plaintiff Patricia Jane Moody ("Plaintiff") and Defendant The Pepsi Bottling Group, Inc. ("PBG"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the Court set the discovery cut-off in this case for April 2, 2007;

WHEREAS, the parties had been actively engaging in settlement discussions up through the Court's last settlement conference on February 1, 2007;

WHEREAS, the parties have been actively engaging in written discovery, and third-party discovery, including but not limited to issuing subpoenas for the production of documents from multiple out-of-state companies;

- 1 -

**Stipulation and [Proposed] Order to Extend the Discovery Cut-Off**
06 CV 1512 BTM (WMCx)

WHEREAS, the parties need to receive and review those documents prior to taking the depositions of several out-of-state witnesses, including but not limited to Plaintiff's husband, Chadwick Moody, certain representatives of the out-of-state witnesses, and other third parties;

WHEREAS, the parties' proposed new cut-off date of May 7, 2007 is three months prior to the Pretrial Scheduling Conference currently scheduled for August 14, 2007;

NOW, THEREFORE, by and through their undersigned attorneys, the parties HEREBY STIPULATE and AGREE to extend the discovery cut-off from Monday, April 2, 2007 to Monday, May 7, 2007.

DATED: March 20, 2007                BERRY & PERKINS, P.C.


By *James H. Berry, Jr.*
James H. Berry, Jr.
Attorneys for Defendant
THE PEPSI BOTTLING GROUP, INC.

DATED: March 20, 2007                DANZ & GERBER


By *Marcus Jackson*
Marcus Jackson
Attorneys for Plaintiff
PATRICIA JANE MOODY

### ORDER

The Court hereby enters the Stipulation of the parties. The discovery cut-off is hereby continued from Monday, April 2, 2007 to Monday, May 7, 2007. IT IS HEREBY SO ORDERED.

DATED: March 21, 2007

Honorable William McCurine
Magistrate Judge,
United States District Court,
Southern District of California

- 2 -

**Stipulation and [Proposed] Order to Extend the Discovery Cut-Off**
06 CV 1512 BTM (WMCx)

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action, and my business address is Berry & Perkins (the "business"), 2049 Century Park East, Suite 950, Los Angeles, California 90067.

On March 21, 2007, I caused the following document to be served **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DISCOVERY CUT-OFF** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

DANZ & GERBER
Stephen F. Danz
13418 Ventura Boulevard
Sherman Oaks, California 91423
Fax: 818-783-7300

DANZ & GERBER
Marcus Jackson
1550 Hotel Circle North, Suite 170
San Diego, California 92108
Fax: 619-297-9400

**X** **BY REGULAR U.S. MAIL:** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Los Angeles, California.

___ **BY FACSIMILE TRANSMISSION:** I sent a true and complete copy of the document(s) described above by facsimile transmission to the telephone number(s) set forth opposite the name(s) of the person(s) set forth above.

___ **BY FEDERAL EXPRESS OVERNIGHT DELIVERY OR OTHER EXPRESS OVERNIGHT SERVICE:** I declare that the foregoing described document(s) was(were) deposited on the date indicated below in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served, at the address as last given by that person on any document filed in the cause and served on this office.

___ **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the above address(es).

___ (**State**) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**X** (**Federal**) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 21, 2007, at Los Angeles, California.

Kate E. Oyler